

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ANTHONY D. ECKMAN, § No. 08-16-00245-CV

                Appellant, § Appeal from the

v. § County Court at Law No. 1

NORTHGATE TERRACE § of Travis County, Texas
APARTMENTS, LLC.,
§ (TC# C-1-CV-16-001337)
                Appellee.
§

## O R D E R

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **April 3, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brian Guequierre, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 3, 2017.

IT IS SO ORDERED this 10th day of February, 2017.


                PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.